FILED
MAY - 1 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | INDICTMENT |
| Plaintiff, | |
| v. | CASE NO. 5:25CR00214 |
| GRANT T. WILCOX, | Title 18, United States Code, Section 641 |
| Defendant. | JUDGE BARKER |

COUNT 1
(Theft of Government Property, 18 U.S.C. § 641)

The Grand Jury charges:

1. From in or around March 2022 to in or around April 2023, in the Northern District of Ohio, Eastern Division, Defendant GRANT T. WILCOX, on multiple different occasions, in a continuing course of conduct, did willfully and knowingly steal, purloin, and convert to his own use, and without authority disposed of money or things of value belonging to the United States and a department and agency thereof, to wit: the United States Postal Service, in a total amount greater than $1,000 in value, to wit: fraudulently obtained United States Postal Service parcel indemnity claim checks having an aggregate value of approximately $9,128.65, in violation of Title 18, United States Code, Section 641.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.