IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 5:25-cr-00214 |
| | ) | |
| Plaintiff | ) | JUDGE CHRISTOPHER A. BOYKO |
| -vs- | ) | |
| | ) | |
| GRANT WILCOX | ) | MOTION FOR LEAVE TO FILE |
| | ) | ADDITIONAL MOTIONS |
| Defendant | ) | |

Now comes the Defendant, by and through the undersigned counsel and hereby moves this Honorable Court for an Order granting him leave to file any Motions that may result from the yet-completed defense investigation.

As grounds herefor, the undersigned counsel submits that ongoing defense investigation may occasion the filing additional motions herein, depending on the results of thar investigation.

Respectfully submitted,

/s/ Robert A. Dixon

**ROBERT A. DIXON (#0022466)**
323 W. Lakeside Ave, #200
Cleveland, Ohio 44113
Telephone: (216) 432-1992
Facsimile: (216) 241-6961
E-mail: dixonlaws@aol.com.

Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on the foregoing has been filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system, this 29th day of September, 2025. Parties may access this filing through the Court's ECF system.

/s/ Robert A. Dixon
**ROBERT A. DIXON**
Attorney for Defendant