IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 5:25-cr-00214 |
| | ) | |
| Plaintiff | ) | JUDGE CHRISTOPHER A. BOYKO |
| -vs- | ) | |
| | ) | |
| GRANT WILCOX | ) | MOTION FOR APPOINTMENT OF DEFENSE INVESTIGATOR |
| | ) | |
| Defendant | ) | |

Now comes the Defendant, by and through the undersigned counsel and hereby moves this Honorable Court for an Order appointing a Defense Investigator.

As grounds herefor, the undersigned counsel submits that he has attempted to conduct all necessary tasks herein without the services of an investigator. However, the need has now arisen for certain necessary tasks which cannot be completed by counsel in a competent manner without the services of a licensed defense investigator.

Should the Court require further information regarding the need for such services, counsel requests that he be permitted to do so on an *ex parte* basis so as to not compromise defense confidentiality.

WHEREFORE, the defendant requests that the Court appoint Karen Balmer of Broadview Investigations, Ohio Lic #2003005116. (See CV and License, attached as Exhibit'A')

Respectfully submitted,

/s/ Robert A. Dixon

**ROBERT A. DIXON (#0022466)**
323 W. Lakeside Ave, #200
Cleveland, Ohio 44113
Telephone: (216) 432-1992
Facsimile: (216) 241-6961
E-mail: dixonlaws@aol.com.
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on the foregoing has been filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system, this 30th day of September, 2025. Parties may access this filing through the Court's ECF system.

*/s/ Robert A. Dixon*
**ROBERT A. DIXON**
Attorney for Defendant