## EXHIBIT LIST

**Exhibit A:** Letter from U.S. Pretrial Services Officer Armonty Bennett to Defense Counsel, dated July 10, 2025 (confirming "this Officer request" initiated the June 16, 2025 bond modification and that Defendant disclosed prescription for Amphetamines prior to drug test)

**Exhibit B:** Text Messages Between Defendant and U.S. Pretrial Services, May 16, 2025 (documenting Defendant's contemporaneous objection to drug test and confirming no drug testing condition existed in original bond)

**Exhibit C:** Release Status Report / Summons Request (PS38 Form), Case No. 5:25-cr-00176, filed June 16, 2025 (Doc. 17) (demonstrating material omission of Defendant's prescription disclosure)

**Exhibit D:** Release Status Report / Summons Request (PS38 Form), Case No. 5:25-cr-00214, filed June 16, 2025 (Doc. 14)