DEFENDANT'S EXHIBIT

A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**U.S. Pretrial Services and Probation Office**


**Suzanne L. Evans**
Chief Pretrial Services &
Probation Officer

Reply to: Akron

Headquarters Office:
801 West Superior Avenue, Suite 3-100
Cleveland, Ohio 44113-1850
FAX 216.357.7350

Akron
Two South Main Street, Room B3-55
Akron, OH 44308
FAX 330.252.6240

Toledo
1946 North 13th Street, Room 292
Toledo, OH 43604
FAX 419.213.5799

Youngstown
125 Market Street, Suite 210
Youngstown, OH 44503
FAX 330.884.7485


July 10, 2025

Office of the Federal Public Defender, Northern District of Ohio
Skylight Office Tower
1660 West Second Street Suite 750
Cleveland, Ohio 44113

RE: **Grant T. Wilcox**

Dear Attorney David E. Johnson,

Please see the below sequence of events involving Mr. Wilcox:

- On May 5, 2025, the defendant was interviewed telephonically by USPO Patton Sidbeck.

- On May 14, 2025, USPO Sidbeck spoke with the defendant telephonically and advised him to report to the Akron U.S. Pretrial Services & Probation Office at 9:00am prior to his Arraignment May 16, 2025, for purposes of providing a urine sample as part of his pretrial repot. The defendant advised he would be positive for Amphetamines, but only due to prescriptions. He also agreed to bring documentation of those exact prescriptions for proof.

- On May 16, 2025, the defendant appeared before Magistrate Judge Amanda M. Knapp for his Arraignment. He reported to the U.S. Marshal for processing and subsequently met with his defense counsel.

- Upon notification that he failed to report to the Office as directed, the defendant was apologetic and appeared to be seen by U.S. Pretrial Services & Probation Officer Cierra Motley. Officer Motley addressed his failure to appear prior to his Arraignment for purposes of a drug test and he advised he believed the urine test was optional. He was asked if he would be willing to provide a urine sample and he agreed. The urine sample returned presumptive for Methamphetamine, Amphetamine and Buprenorphine and the defendant admitted to use of a non-prescribed suboxone strip the night before and denied use of a substance abuse problem.

- On May 21, 2025, the urine sample returned confirmed for Amphetamine, Methamphetamine, Buprenorphine and Norbuprenorphine. This Officer attempted to reach the defendant on May 23, 2025, and May 27, 2025, to address the confirmed test and this Officer was unsuccessful

reaching the defendant.

- On May 27, 2025, this Officer reached out to the defendant's defense counsel, Attorney David Johnson to advise of the defendant's unavailability and his desires to communicate to this Officer only via email. This Officer also provided him with a copy of the Consent to Modify Conditions Form for purposes of adding drug treatment and testing as bond conditions if the defendant was willing to sign the paperwork, otherwise, this Officer was to request a summons.

- On May 28, 2025, this Officer completed a home visit with the defendant and addresses his email exchanges to this Officer as well as the Consent to Modify Conditions Form.

- On June 02, 2025, this Officer was advised by defense counsel, Attorney David Johnson, that the defendant is not in agreement with signing the Consent to Modify Conditions Form. Therefore, this Officer would have to request a summons.

- On June 16, 2025, this Officer completed a PS38 Modification request for purposes of requesting a summons, notifying the Court of the defendant's confirmed urine test results and his unwillingness to sign the Consent to Modify Conditions Form. An entry was placed on the docket from Your Honor granting this Officer request to modify the defendant's bond conditions without a hearing.

- On July 07, 2025, this Officer spoke to the defendant via text message regarding drug testing enrollment and the defendant expressed his challenges to the modified conditions by the Court. This Officer subsequently directed the defendant to report to the Akron U.S. Pretrial Services & Probation Office on Thursday, July 11, 2025, at 11:30am, to meet with this Officer for purposes of providing a urine sample and completing applicable paperwork for enrollment into drug testing.

If you have any questions concerning the above information, please contact the undersigned officer at 330-252-6218 or via email at Armonty_bennett@ohnp.uscourts.gov.

Sincerely,

Armonty Bennett

Armonty Bennett
U.S. Pretrial Services & Probation Officer