DEFENDANT'S EXHIBIT B

**Messages exported from: iPhone 16 Pro Max (13309905416)**
**With: 2162628064**
PDF generated on 7/20/25 using Decipher TextMessage

**5/16/25, 11:18 (Viewed 5/16/25, 11:39)**

2162628064

Hi Mr. Wilcox
This is Kara from US Pretrial and Probation.

The Pretrial Pffice is located on the 3rd floor, room number 395. USPO Cierra Motley or Valencia Small will meet with you.

Thank you!

**5/16/25, 12:06**

iPhone 16 Pro Max (13309905416)

Heading back there now. Thank you

**5/16/25, 13:04**

2162628064

Thank you!

**5/16/25, 14:56**

iPhone 16 Pro Max (13309905416)

Hi Kara, I want to respectfully document that my bond conditions do not include any drug testing requirement, and there is no court order in place requiring me to test. I complied with the test only because I was told that if I refused, Pretrial would ask the judge to order one. That felt coercive to me, and I want to make clear that I did not consent voluntarily. I respectfully request that the result not be included in any report or used in any future proceeding. Thank you.

**5/16/25, 15:37 (Viewed 5/16/25, 16:08)**

2162628064

Mr Wilcox,
As part of the bond investigation a drug test is requested if a defendant refuses to submit a test the court is informed. USPO Sidbeck contacted you about submitting a test on either Thursday or Friday morning prior to court. You advised him that you had a prescription for Amphetamines and told him you had documentation that you planned to bring in. The test results will be submitted to our lab for testing and if positive reported to the court. If the court orders testing you will be tested per court orders.
Thank you

**Messages exported from: iPhone 16 Pro Max (13309905416)**
**With: 2162628064**
PDF generated on 7/20/25 using Decipher TextMessage

**5/16/25, 16:11**
iPhone 16 Pro Max (13309905416)

Thank you for the clarification. I want to make sure it is clearly documented that I complied with the drug test only under the belief that a refusal would be viewed negatively or used to seek a court order. I understand that testing is part of the bond investigation process, but I want to reaffirm that my current bond conditions do not include drug testing, and no court order was in place at the time I tested.

I did not voluntarily consent to drug testing, and I request that this be reflected in any report or internal documentation. I intend to comply fully with any condition formally ordered by the court, but I respectfully object to the use of this test result in any future proceeding unless a judge specifically orders testing going forward.

**5/16/25, 16:20 (Viewed 5/16/25, 16:28)**
2162628064

Mr. Wilcox,
Your test results will be reported if positive. You were indicted on a separate charge and another investigation was completed. You agreed to submit a test. We are documenting your messages and will advise the court. Thank you

**5/16/25, 16:30**
iPhone 16 Pro Max (13309905416)

Thank you for confirming that my messages will be documented. To clarify: I understand that my test results may be reported, but I continue to object to the use of the test as I did not voluntarily consent under the terms of my current bond. I complied only under the belief that refusal would lead to a court action. There was no court order in place at the time, and I reserve my right to object to the use of this result in any future proceeding. I will continue to comply fully with any condition formally ordered by the court.

**5/16/25, 16:39 (Viewed 5/16/25, 17:40)**
2162628064

Hi Mr. Wilcox, I'm sorry you felt this way. However, the bond investigation for the case you appeared on today has nothing to do with the bond conditions in your other docket. That test was part of the bond investigation. The test was voluntary and part of the bond investigation. You may speak with your attorney about how you feel and your attorney can let the

**Messages exported from: iPhone 16 Pro Max (13309905416)**
**With: 2162628064**
PDF generated on 7/20/25 using Decipher TextMessage

court know. If a test is positive it does not reflect poorly, the court may then order testing or treatment as conditions of bond. If a defendant doesn't agree to submit a test it is reported. This isn't specific to you, the test is asked to all defendants. if a test is positive the results will be reported to the court and the court may order testing. Have a nice rest of your day,Thank you

**5/16/25, 18:08 (Delivered 5/16/25, 18:09)**

iPhone 16 Pro Max (13309905416)

Thank you, Kara. I understand Pretrial's procedures, but I want to make sure it's noted that I complied with the test only under pressure — not voluntary consent. The implication that refusal would be reported to the court created a real sense of coercion, and I did not believe I had a meaningful option to decline. I was not under a bond condition requiring drug testing, and there was no order from the court. I'm preserving my objection for the record and through my attorney.

**5/16/25, 18:09 (Viewed 5/16/25, 18:31)**

2162628064

Please speak to your attorney. You are misinformed. Have a nice evening.

11 total messages and 0 total images.