PRESS FIRMLY TO SEAL

UNITED STATES POSTAL SERVICE®

PRIORITY® MAIL

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

TRACKED ■ INSURED

PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

P

US POSTAGE PAID IMI
easypost
2026-01-20
44288
C4867540
Commercial
FLAT RATE ENV
0901000026517

USPS PRIORITY MAIL

GRANT WILCOX
9858 GREEN DR
WINDHAM OH 44288-1419

0003

C002

SHIP TO: U.S. COURTHOUSE
ATTN: CLERKS OFFICE
2 S MAIN ST
AKRON OH 44308-1813

USPS TRACKING #

9405 5361 0619 5299 6730 64

RECEIVED
JAN 21 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL
TRACKED ■ INSURED
For Domestic and International Use
Label 107R, December 2023